[Cite as *State v. Foster*, 2018-Ohio-4561.]

IN THE COURT OF APPEALS

TWELFTH APPELLATE DISTRICT OF OHIO

BUTLER COUNTY


| STATE OF OHIO, | : | |
| | | |
| Plaintiff-Appellee, | : | CASE NO. CA2017-07-108 |
| | : | <u>AMENDED DECISION</u> |
| - vs - | | <u>ON REOPENING</u> |
| | : | 11/13/2018 |
| RODNEY DWAYNE FOSTER, | : | |
| | | |
| Defendant-Appellant. | : | |


CRIMINAL APPEAL FROM BUTLER COUNTY COURT OF COMMON PLEAS
Case No. CR2016-01-0083


Michael T. Gmoser, Butler County Prosecuting Attorney, Government Services Center, 315 High Street, 11th Floor, Hamilton, Ohio 45011, for plaintiff-appellee

Rodney Dwayne Foster, #A726786, London Correctional Institution, 1580 State Route 56 SW, London, Ohio 43140, defendant-appellant, pro se


**Per Curiam.**

{¶ 1} This cause is before the court after the appeal was reopened pursuant to an App.R. 26(B) application filed by appellant. Appellant's application to reopen was granted on the basis that appellant was not informed that he could file a pro se brief after his counsel filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967).

{¶ 2} Appellant has now filed a pro se brief and the case has been considered upon

a notice of appeal, the transcript of the docket and journal entries, the transcript of proceedings and original papers from the Butler County Court of Common Pleas, and upon a no error brief previously filed by appellant's counsel and appellant's pro se brief.

{¶ 3} Appellant's pro se brief raises four assignments of error pertaining to ineffectiveness of trial counsel, ineffectiveness of appellate counsel, withholding of exculpatory evidence by the prosecutor, and appellant's lack of culpability in the victim's death.

{¶ 4} We have accordingly examined the record and considered the arguments raised in counsel's brief and in appellant's pro se brief and find no error prejudicial to appellant's rights in the proceedings in the trial court. Therefore, this appeal is dismissed for the reason that it is wholly frivolous.

S. POWELL, P.J., PIPER and M. POWELL, JJ., concur.